APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 5:17MJ00052

v.

DATE: 12/14/2017

MADHI SALIH MADHI

TYPE OF HEARING: Removal

***

PARTIES:

1. Joel C. Hoppe, USMJ
2. Andrea Harris, FPD
3. defendant
4. Ron Huber, USA
5. interpreter
6. clerk
7. Tammy Wellborn, USPO
8.
9.
10.

***

Recorded by: Jat

Time in Court: 1 hr 13 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:24 | 1,6,1, | 30 | 1,3,1, | 39 | 1,3,5, | 26 | 1, | 34 | 2,1 |
|  | 4,1,2, | 31 | 3,1, |  | 3,1, | 27 | 3,1,5, | 35 | 2,1,2, |
|  | 1, | 32 | 3,1,5, | 42 | 4,1, |  | 1,5,1 |  | 1, |
| 26 | 4,1,4, |  | 1, | 44 | 5,1,5, | 28 | 3,1,5, | 36 | 3,1, |
|  | 1, | 33 | 5,1,3, yes sir |  | 1, |  | 1, | 37 | 5,1,3, |
| 27 | 3,1,5, |  | 1,3,1, | 46 | 2,1,3, yes sir | 29 | 4,1,5, |  | 1,4,1, |
|  | 1,3,1, | 34 | 5,1,3, |  | 1, |  | 1,3, |  | 2,1 |
|  | 3,1,3, |  | 1,3,1 | 47 | 4,1,2, | 30 | 1,3,1, |  |  |
|  | 1, | 36 | 3,1,3, | 50 | 1,4,1, |  | 5,1,4, |  |  |
| 28 | 3,1,3 |  | 1,4,1, |  | 7,1,7, |  | 1,5,2, |  |  |
| 29 | 1,5,1, | 37 | 3,1,3, |  | 1, |  | 1, |  |  |
|  | 3 |  | 1, | 3:20 | 1,4, | 31 | 1,2,1, |  |  |
| 30 | 1,3,5, | 38 | 3,1,3, | 21 | 1,2,1, |  | 5,1 |  |  |
|  | 1,3,1, |  | 1, | 23 | 3,2,1, | 33 | 5,1,3, |  |  |
|  | 3,1,3 | 39 | 3,1,3, |  | 2, |  | 1, |  |  |